UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| DENISE RICHELLE HASSEL, | ) | Case No. 16-71065-BHL-13 |
| | ) | |
| Debtor. | ) | Hon. Basil H. Lorch III |
| _____ | ) | |
| DENISE RICHELLE HASSEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary Proceeding No. 17-57005 |
| | ) | |
| FLAGSTAR BANK FSB, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT PRETRIAL STATEMENT**

Denise Richelle Hassel ("Plaintiff") and Flagstar Bank FSB ("Defendant"), both by counsel, respectfully submit this Joint Pretrial Statement pursuant to the Court's Preliminary Pretrial Order [Docket No. 4] in advance of the telephonic Preliminary Pretrial Conference currently scheduled for July 13, 2017:

**Plaintiff's Statement**:

   A.  **Causes of Action**

      Civil Conversion—the agents or employees of Defendant wrongfully removed and/or destroyed personal property of Plaintiff from her home.

   B.  **Contentions of Fact**

      Plaintiff owns real estate located in Evansville, Indiana. Agents or employees of Defendant, removed an above-ground swimming pool, lawn furniture, electronics, a lawnmower and other property from her home.

112698234_1

**Defendants' Statements**:

    A.  **Defenses, Interests, Causes of Action, Etc**.

        1.     Plaintiff cannot prove the elements of conversion.

        2.     Plaintiff suffered no damages, and in fact benefitted, from Defendant's actions.

    B.  **Contentions of Fact**

        1.     Plaintiff is in default under a mortgage of residential real estate located at 4303 Chadwick Road, Evansville, Indiana 47710 (the "Property").

        2.     Defendant contracted with third party vendors who, after posting required notice at the Property, maintained the exterior of the Property with regular lawn maintenance, secured access to and changed the locks on the residence and performed general maintenance and winterization of the residence at the Property.

        3.     Defendant did not remove personal property from the Property.

        4.     Defendant's actions materially benefitted Plaintiff.

**Joint Statement**:

    A.  **Uncontested and Stipulated Facts**

        1.     Plaintiff owns property located at 4303 Chadwick Road, Evansville, Indiana 47710 (the "Property").

        2.     Plaintiff is in default under a mortgage of the Property.

        3.     After the default, Defendant contracted with third party vendors who performed work at the Property.

    B.  **Contested Facts**

        1.     Agents or employees of Defendant removed an above-ground swimming pool, lawn furniture, electronics, a lawnmower and other property from the Property.

2. Defendant's actions materially benefitted Plaintiff.

**C. Contested Legal Issues**

1. Did Defendant commit conversion?

**D. Other / Proposed Case Management Schedule:**

The parties propose the following deadlines:

1. The parties will exchange preliminary witness and exhibit lists by June 23, 2017.

2. All dispositive motions will be filed by November 3, 2017.

3. Discovery will be completed by October 27, 2017.

4. The parties will file final witness and exhibit lists three weeks before trial.

5. The parties will file any motions in limine two weeks before trial.

6. Final Pretrial Conference Date: First two weeks of January, 2018.

7. The parties anticipate needing one day for trial and that they will be ready for trial by January 15, 2018.

Respectfully submitted,

DUNLAP & NESMITH, LLC

/s/ William D. Nesmith
William D. Nesmith
122 N. Saint Joseph Avenue
Evansville, IN 47712
Telephone: (812) 402-9970
Facsimile: (812) 402-9976
wnesmith@dunlapnesmith.com

*Counsel for Plaintiff*

- and -

3

FAEGRE BAKER DANIELS LLP

/s/ Dustin R. DeNeal
Dustin R. DeNeal (#27535-49)
600 East 96th Street, Ste. 600
Indianapolis, IN 46240
Telephone: (317) 237-1176
Facsimile: (317) 569-4800
Dustin.DeNeal@FaegreBD.com

Carl A. Greci (#17351-49)
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Telephone: (574) 234-4149
Facsimile: (574) 239-1900
Carl.Greci@FaegreBD.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2017, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Dustin R. DeNeal on behalf of Defendant Flagstar Bank FSB
dustin.deneal@faegrebd.com, rachel.jenkins@faegrebd.com;sarah.herendeen@faegrebd.com

Roberta S. Dunlap on behalf of Plaintiff Denise Richelle Hassel
rdunlap@dunlapnesmith.com

Carl A. Greci on behalf of Defendant Flagstar Bank FSB
carl.greci@faegrebd.com, agnes.schleiger@faegrebd.com

Robert P. Musgrave
evansville@trustee13.com;Evansville.trustee13@gmail.com

William D Nesmith on behalf of Plaintiff Denise Richelle Hassel
wnesmith@dunlapnesmith.com,
rdunlap@dunlapnesmith.com;cstratton@dunlapnesmith.com;dunlapandnesmith@gmail.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

/s/ Dustin R. DeNeal

4

US.112698234.01