SO ORDERED: August 23, 2017.



*Basil H. Lorch III*
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| In re: DENISE RICHELLE HASSEL,<br>      Debtor. | Case No. 16-71065-BHL-13 |
| DENISE RICHELLE HASSEL,<br>      Plaintiff,<br>v.<br>FLAGSTAR BANK, FSB,<br>      Defendant. | Adv. No. 17-57005 |

### ORDER OF DISMISSAL

It appearing that the underlying bankruptcy case was dismissed on August 21, 2017, the Court does now *sua sponte* dismiss the subject adversary proceeding.

**SO ORDERED.**

# # #